UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                  Case No. 20-12177-RAM
      MARIA LORENA NICIEZA                           Chapter 13

      Debtor.
_____/

**OBJECTION TO DEBTOR'S CHAPTER 13 PLAN [D.E. 21]**

Creditor, Alejandro Insua, by and through undersigned counsel, hereby files this Objection to Debtor's Chapter 13 Plan [D.E. 21], and as grounds states:

1. On February 18, 2020 the Debtor, MARIA LORENA NICIEZA ("Debtor"), filed a voluntary petition for relief under Chapter 13, Title 11 of the United States Bankruptcy Code.

2. As of the petition date, Alejandro Insua holds a lien on the Debtor's business property entitled Great Learning Experience Day Care Inc., a Florida corporation and Great Learning Experience Day Care LLC, a Florida limited liability company (the Day Care Business") in the amount of $279,105.95. Additionally, there is an arrearage amount of $39,855.96.

3. Alejandro Insua objects to the Debtor's Chapter 13 Plan as proposed, which seeks to pay less than total owed on the property secured by Alejandro Insua's lien.

4. On July 7, 2020, Alejandro Insua filed a timely Proof of Claim [Claim No. 14-1] all correct amounts due are shown on the Proof of Claim.

5. As the Debtor's Chapter 13 Plan fails to provide for full payment of the secured claim in violation of the requirements of Section 1325(a)(5), Alejandro Insua submits that the Chapter 13 Plan must be amended to reflect Proof of Claim [Cl. 14], and confirmation should be denied.

6. For the reasons more particularly stated above, Alejandro Insua objects to the Chapter 13 Plan in its current form, and requests that confirmation be denied unless and until appropriate provision for Alejandro Insua's debt is made in the Plan.

**WHEREFORE**, Alejandro Insua respectfully requests that the Court deny confirmation of the Debtors' Chapter 13 Plan, and that the Court grant any and all other relief it deems just and proper.

Respectfully submitted,

**BLAXBERG, GRAYSON, KUKOFF & FORTEZA P.A.**
*Attorneys for Alejandro Insua*
25 S.E. Second Avenue, Suite 730
Miami, Florida 33131
Phone (305) 381-7979
Fax (305) 371-6816
E-mail isabel.colleran@blaxgray.com

By: ____/s/ Isabel V Colleran_____
Isabel V Colleran, Esq.
Fla. Bar No. 450472

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2020 a true and correct copy of the foregoing was served via CM/ECF electronic transmission to those parties who are currently on the list to receive e-mail notice and service for this case, and by U.S. Mail to the following:

| Maria Lorena Nicieza<br>*Debtor*<br>126 E 47th Street<br>Hialeah, FL 33013-1842 | Christian Somodevilla, Esq.<br>LSAS Attorneys<br>*Counsel for Debtor*<br>2 S. Biscayne Boulevard, Suite 2300<br>Miami, FL 33131<br>Email: cs@lsaslaw.com |
|---|---|
| Nancy K. Neidich<br>*Trustee*<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027<br>e2c8f01@ch13miami.com | Office of the US Trustee<br>*U.S. Trustee*<br>51 S.W. 1st Ave., Suite 1204<br>Miami, FL 33130<br>USTPRegion21.MM.ECF@usdoj.gov |

**BLAXBERG, GRAYSON, KUKOFF & FORTEZA, P.A.**
*Attorneys for Alejandro Insua*
25 SE Second Avenue, Suite 730
Miami, Florida 33131
Phone: (305) 381-7979
E-mail:Isabel.colleran@blaxgray.com

By: /s/ Isabel V Colleran
      Isabel V. Colleran, Esq./FBN: 450472